Patsy **SALVATORE, Petitioner-Appellee, v.** Jerome G. **LOCKE, as Deputy Commissioner, United States Employees' Compensation Commission, Second Compensation District, Defendant-Appellee, John T. Clark & Son, Employer, and Fidelity & Casualty Company of New York, Insurance Carrier, Defendants-Appellants.**

No. 32.

Circuit Court of Appeals, Second Circuit.

Nov. 5, 1934.

Alexander, Ash & Jones, of New York City (Lawson R. Jones, Edward Ash, and Paul R. James, all of New York City, of counsel), for appellants.

Jerome G. Locke, Deputy Com'r, pro se.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree (6 F. Supp. 560) affirmed on the authority of Crowell v. Benson, 285 U. S. 22, 52 S. Ct. 285, 76 L. Ed. 598.

---

SAM **ROSENBAUM & SONS COMPANY,** Doing Business as the Kalamazoo Pant Company, Appellant, v. G. E. **PRENTICE MANUFACTURING COMPANY, Appellee.**

No. 16.

Circuit Court of Appeals, Second Circuit.

Oct. 15, 1934.

Watrous, Hewitt, Gumbart & Corbin, of New Haven, Conn., and Chappell & Earl, of Kalamazoo, Mich., for appellant.

Robert Cushman, of Boston, Mass., for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decree affirmed.

---

Samuel **SANGO et al. v. E. L. MAYES et al.**

No. 1186.

Circuit Court of Appeals, Tenth Circuit.

Nov. 30, 1934.

George A. Fitzsimmons and A. Carey Hough, both of Oklahoma City, Okl., for appellants.

Alvin F. Molony, of Tulsa, Okl., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.